Form 3A
(10/05)

# United States Bankruptcy Court
District Of ___Illinois___

In re __Youlonda R. Battle__
         Debtor

Case No. __07-20133__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one ☐ With the filing of the petition, or
                            ☑ On or before __11-16-2007__
   $ __68.50__    on or before __11-30-2007__
   $ __68.50__    on or before __12-14-2007__
   $ __68.50__    on or before __12-28-2007__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____        __Youlonda Battle__  __10-30-07__
Signature of Attorney          Date         Signature of Debtor            Date
                                            (In a joint case, both spouses must sign.)

_____        _____
Name of Attorney                            Signature of Joint Debtor (if any)    Date

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 30 2007
KENNETH S. GARDNER, CLERK
13 REP. - DD3

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of ____Illinois____

In re __Youlondar Battle__,
         Debtor

Case No. 07-20133

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                      ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: OCT 30 2007

Kenneth S. Gardner Clerk of the Court